JUNE MONROE
State Bar No. 284763
RYNN & JANOWSKY, LLP
2603 Main Street, Suite 1250
Irvine, CA 92614
Tel: 949-752-2911
Fax: 949-752-0953
email: june@rjlaw.com

Attorneys for Judgment Creditor/Plaintiff
VAL-PRO, INC. d/b/a VALLEY FRUIT & PRODUCE CO.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL-PRO, INC. d/b/a VALLEY FRUIT & PRODUCE CO., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>CECELIO LIMA, individually and doing business as LIMA'S PRODUCE, a sole proprietorship,<br><br>Defendant. | CASE NO. 2:10-cv-09582-PA-VBK<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

Having read and considered Plaintiff/Judgment Creditor VAL-PRO, INC. d/b/a VALLEY FRUIT & PRODUCE's ("Val-Pro" or "Judgment Creditor") application for and renewal of judgment, affidavit of June Monroe in support thereof, and good cause appearing therefor,

RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Val-Pro, and against Defendant Cecelio Lima, in the following amounts:

////

////

1

| a. Total judgment | | $60,610.27 |
|---|---|---|
| Principal | $42,969.17 | |
| Attorneys Fees | $3,853.61 | |
| Costs | $416.43 | |
| Pre-Judgment Interest | $13,371.06 | |
| b. Costs after judgment | | -0- |
| f. Interest after judgment at 0.20% per annum (from 7-26-2011 to 5-11-2021) | | $1,192.28 |
| g. Fee for filing renewal application | | -0- |
| h. TOTAL RENEWED JUDGMENT | | $61,802.55 |

Plaintiff shall continue to recover post-judgment interest pursuant to 28 U.S.C. § 1961 on the unpaid balance until fully paid.

DATED: 5/26/2021  By: _Margo Mead_
CLERK, U.S. DISTRICT COURT

2